## LACEY v. STATE.

### No. 21397.

Court of Criminal Appeals of Texas.

Jan. 29, 1941.

J. M. Willis, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, with malice aforethought, punishment assessed being confinement in the penitentiary for a term of two years.

No statement of facts or bills of exception accompany the record. In this condition nothing is presented for review.

The judgment is affirmed.